UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CLAYTON JAMES HANKS, | Case No. 14-CV-1349 (MJD/JJK) |
| Plaintiff, | |
| v. | ORDER |
| ST. LOUIS COUNTY JAIL; ROBYN WOJCIECHOWSKI; SCOTT RONNING; and JOHN AND JANE DOES, | |
| Defendants. | |

Based upon the Report and Recommendation [Doc. #22] by United States Magistrate Judge Jeffrey J. Keyes dated September 3, 2014, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that defendant St. Louis County Jail is DISMISSED from this action pursuant to 28 U.S.C. § 1915A(b).

Dated: October 14, 2014

s/Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court